33448.   COFFEE *et al* v. Cox, for use *et al.*

FELTON, J.   The only question necessary for a disposition of this case was decided in *Browder* v. *Cox*, ante, and the instant case is controlled by that case.

The court erred in overruling the general demurrer to the petition for the reason stated in the above case.

*Judgment reversed. Sutton, C.J., and Worrill, J., concur.*

DECIDED APRIL 6, 1951.   REHEARING DENIED APRIL 18, 1951.

*H. C. Schroeder, George D. Anderson, Robert T. Efurd*, for plaintiffs in error.

*Edward E. Dorsey, James K. Rankin, Powell, Goldstein, Frazer & Murphy*, contra.